UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John Doe,

    Plaintiff,

v.

Denison University, *et al.*,

    Defendants.

Case No. 2:16–cv–143

Judge Michael H. Watson

## ORDER

On June 7, 2016, Magistrate Judge Jolson filed an Order and Report and Recommendation ("R&R"), ECF No. 28, concerning the disposition of Plaintiff's motion for leave to amend, ECF No. 19. The Order granted Plaintiff's motion and the R&R recommended denying as moot Defendants' motion to dismiss, ECF No. 7 and 10. R&R 6, ECF No. 28.

Magistrate Judge Jolson notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 6–7. Magistrate Judge Jolson specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Court **ADOPTS** the R&R, ECF No. 28, and **DENIES** Defendants' motions to dismiss, ECF No. 7 and 10, as moot.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**